PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, KRISTINE DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>PLUM HEALTHCARE GROUP, LLC AND MCKINLEY PARK CARE CENTER,<br><br>Defendants. | CASE NO. 2:16-CV-2670-TLN-CKD<br><br>ORDER TO LIFT THE SEAL<br><br>**[FILED UNDER SEAL]** |

**ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS HEREBY ORDERED** that:

1. The relator's Complaint, the relator's Amended Complaint, the Notice of Intervention by the United States and attached Settlement Agreement, and this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal; and

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

DATE: June 10, 2021

_____
Troy L. Nunley
United States District Judge