PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
STEVEN S. TENNYSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, KRISTINE DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>PLUM HEALTHCARE GROUP, LLC AND MCKINLEY PARK CARE CENTER,<br><br>Defendants. | CASE NO. 2:16-CV-2670-TLN-CKD<br><br>ORDER ON THE JOINT STIPULATION OF DISMISSAL BY THE PARTIES |

Upon consideration of the Joint Stipulation of Voluntary Dismissal by the United States, the Relator, and the Defendants pursuant to the terms of the Settlement Agreement between the parties, and for good cause shown,

IT IS HEREBY ORDERED that the First and Second Causes of Action are hereby dismissed with prejudice as to Relator and with prejudice as to the United States for the Covered Conduct as set forth in the Settlement Agreement;

IT IS FURTHER ORDERED that Relator's Third Cause of Action for retaliation against Defendants under 31 U.S.C. § 3730(h) and for reasonable expenses, attorneys' fees, and costs against Defendants under 31 U.S.C. § 3730(d)(1) shall remain pending and this Court shall retain jurisdiction over those claims until such time as those issues are fully and finally resolved.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the

ORDER

1

Settlement Agreement in this action.

**IT IS SO ORDERED.**

DATE: July 9, 2021

_____
Troy L. Nunley
United States District Judge