1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA

11      SACRAMENTO DIVISION

12

13   **UNITED STATES OF AMERICA,** *ex rel.*      **Case No. 2:16-CV-2670-TLN-CKD**
     **KRISTINE DAVENPORT**

14            **Relator-Plaintiff,**      **ORDER DISMISSING ENTIRE**
                                           **ACTION WITH PREJUDICE**

15      **v.**

16   **PLUM HEALTHCARE GROUP, LLC.**
     **and MCKINLEY PARK CARE CENTER,**

17

18            **Defendants.**

19

20

21

22

23

24

25

26

27

28

1    The Court having reviewed the Joint Stipulation to Dismiss the entire action and each and

2    every cause of action therein with Prejudice, filed by Defendants Plum Healthcare Group, LLC

3    and McKinley Park Care Center and Relator-Plaintiff Kristine Davenport, and good cause

4    appearing, it is hereby ORDERED as follows:

5         1.     Relator-Plaintiff's entire First Amended Complaint and each and every cause of

6    action alleged therein is dismissed with prejudice.

7         2.     The Court directs the clerk to close this case.

8    **IT IS SO ORDERED.**

9    Dated: June 15, 2022

10

11   _____
     Troy L. Nunley
12   United States District Judge